**MAYO v. N.C. STATE UNIV.**

[360 N.C. 52 (2005)]

ROBERT M. MAYO, Petitioner v. NORTH CAROLINA STATE UNIVERSITY, Respondent

No. 164A05

(Filed 7 October 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 168 N.C. App. 503, 608 S.E.2d 116 (2005), affirming in part and reversing in part an order entered on 13 November 2003 by Judge Donald W. Stephens in Superior Court, Wake County. Heard in the Supreme Court 14 September 2005.

*Young Moore and Henderson P.A., by Christopher A. Page, for petitioner-appellee.*

*Roy Cooper, Attorney General, by Q. Shant-Martin, Assistant Attorney General, for respondent-appellant.*

PER CURIAM.

AFFIRMED.